NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SATURN OF DENVILLE NEW JERSEY, LP, and STUART LASSER,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORP., SATURN DISTRIBUTION CORP. and SATURN CORP.,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 08-CV-5734 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motions by Plaintiffs, Saturn of Denville New Jersey, LP and Stuart Lasser ("Plaintiffs") for a preliminary injunction to enjoin Defendants, General Motors Corp., Saturn Distribution Corp., and Saturn Corp., ("GM") from enforcing an exclusivity provision in the dealership agreement between Plaintiffs and GM; and a Court Order compelling GM to post a bond to secure a judgement should Plaintiffs succeed in this litigation; the Court having reviewed all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this 29 day of May, 2009;

**ORDERED** that Plaintiffs' motion for a preliminary injunction is **granted**; and it is further

**ORDERED** that Plaintiffs' motion for an Order compelling GM to post a bond is **denied**; and it is further

**ORDERED** that Plaintiffs shall be permitted to dual with a KIA dealership if they place a temporary divider between the Saturn area and the KIA area; and it is further

**ORDERED** that this injunction is automatically void should GM sell Saturn and the purchaser demands that Plaintiffs' facility be exclusive to Saturn; and it is further

**ORDERED** that Plaintiffs post security in the amount of $25,000 pursuant to Fed. R. Civ. P. 65.1(c)i n order to cover costs and damages sustained by GM should it be determined that GM was wrongfully enjoined or restrained.

                                                            Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Orig.: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Mark Falk, U.S.M.J. |
| | File |